Carlos Vacio was convicted of assault with intent to murder, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Charged by indictment with assault with intent to murder, appellant, upon conviction, was condemned to two years' confinement in the state penitentiary.

We find no motion for a new trial nor bills of exception in the record, and there are consequently no errors assigned.

We have examined the indictment and the evidence set out in the statement of facts, and, finding both sufficient, it is ordered that the judgment of the lower court be affirmed.

---

SOTO v. STATE. (No. 4520.)

(Court of Criminal Appeals of Texas. June 6, 1917.)

Appeal from District Court, El Paso County; W. D. Howe, Judge.

F. A. Soto was convicted of burglary, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant has appealed from a conviction of burglary, with the lowest penalty assessed. There is no bill of exceptions, nor a statement of facts, nor any question which can be reviewed in the absence of them.

The judgment is therefore affirmed.